Robert Branand, Jr., Frederick A. Thulin, and Irving G. Brown, for appellant; Martin, Ullmann & Brown, for appellee; Henry T. Martin and Bruce E. Brown, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed November 1, 1949; rehearing denied November 23, 1949; released for publication November 23, 1949.

Robert Fechtner, Minor, by Herman Fechtner, Father and Next Friend, Appellant, v. George Vanderwall, Appellee.

Gen. No. 44,718. 

 Joseph D. Ryan, Louis P. Miller, Louis G. Davidson, and Arthur Ryan, for appellant; Barrett, Barrett, Costello & Barrett, for appellee; Edward Wolfe and Sidney Glick, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed November 16, 1949; released for publication December 14, 1949.

Village of Skokie, Defendant in Error, v. William Schramm, Plaintiff in Error.

Gen. No. 44,760.